# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER (FOR CLERK USE ONLY): **5:24 cv 75**   COURT (FOR CLERK USE ONLY): _____

STYLED _____
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

## 1. Contact information for person completing case information sheet:

Name: **Kristeen Adams**
Email: **kristeenadams@yahoo.com**
Address: **9791 Union Grove Rd**
Telephone: **903-371-7372**
City/State/Zip: **Gladewater, TX 75647**
Fax: **N/A**
Signature: **Kristeen Adams**
State Bar No: **Pro Se**

## Names of parties in case:

Plaintiff(s)/Petitioner(s): **Kristeen Adams**

Defendant(s)/Respondent(s):
- **Franklin County Sheriff's Dept**
- **Franklin County Attorney**
- **Franklin County Judge**

[Attach additional page as necessary to list all parties]

## Person or entity completing sheet is:
- [ ] Attorney for Plaintiff/Petitioner
- [x] Pro Se Plaintiff/Petitioner
- [ ] Title IV-D Agency
- [ ] Other: _____

Additional Parties in Child Support Case:
Custodial Parent: _____
Non-Custodial Parent: _____
Presumed Father: _____

## 2. Indicate case type, or identify the most important issue in the case (select only 1):

### Civil

**Contract**
- Debt/Contract
  - [ ] Consumer/DTPA
  - [ ] Debt/Contract
  - [ ] Fraud/Misrepresentation
  - [ ] Other Debt/Contract: _____
- Foreclosure
  - [ ] Home Equity—Expedited
  - [ ] Other Foreclosure
- [ ] Franchise
- [ ] Insurance
- [ ] Landlord/Tenant
- [ ] Non-Competition
- [ ] Partnership
- [ ] Other Contract: _____

**Injury or Damage**
- [ ] Assault/Battery
- [ ] Construction
- [ ] Defamation
- Malpractice
  - [ ] Accounting
  - [ ] Legal
  - [ ] Medical
  - [ ] Other Professional Liability:
- [ ] Motor Vehicle Accident
- [ ] Premises
- Product Liability
  - [ ] Asbestos/Silica
  - [ ] Other Product Liability List Product: _____
- [ ] Other Injury or Damage: _____

**Real Property**
- [ ] Eminent Domain/Condemnation
- [ ] Partition
- [ ] Quiet Title
- [ ] Trespass to Try Title
- [ ] Other Property: _____

**Related to Criminal Matters**
- [ ] Expunction
- [ ] Judgment Nisi
- [ ] Non-Disclosure
- [ ] Seizure/Forfeiture
- [ ] Writ of Habeas Corpus—Pre-indictment
- [ ] Other: _____

### Family Law

**Marriage Relationship**
- [ ] Annulment
- [ ] Declare Marriage Void
- Divorce
  - [ ] With Children
  - [ ] No Children

**Other Family Law**
- [ ] Enforce Foreign Judgment
- [ ] Habeas Corpus
- [ ] Name Change
- [ ] Protective Order
- [ ] Removal of Disabilities of Minority
- [ ] Other: _____

**Post-judgment Actions (non-Title IV-D)**
- [ ] Enforcement
- [ ] Modification—Custody
- [ ] Modification—Other

**Title IV-D**
- [ ] Enforcement/Modification
- [ ] Paternity
- [ ] Reciprocals (UIFSA)
- [ ] Support Order

**Parent-Child Relationship**
- [ ] Adoption/Adoption with Termination
- [ ] Child Protection
- [ ] Child Support
- [ ] Custody or Visitation
- [ ] Gestational Parenting
- [ ] Grandparent Access
- [ ] Parentage/Paternity
- [ ] Termination of Parental Rights
- [ ] Other Parent-Child: _____

### Employment
- [ ] Discrimination
- [ ] Retaliation
- [ ] Termination
- [ ] Workers' Compensation
- [ ] Other Employment: _____

### Other Civil
- [ ] Administrative Appeal
- [ ] Antitrust/Unfair Competition
- [ ] Code Violations
- [ ] Foreign Judgment
- [ ] Intellectual Property
- [ ] Lawyer Discipline
- [ ] Perpetuate Testimony
- [ ] Securities/Stock
- [ ] Tortious Interference
- [x] Other: **Civil Rights, Official Oppression, violations of Constitution**

### Tax
- [ ] Tax Appraisal
- [ ] Tax Delinquency
- [ ] Other Tax

### Probate & Mental Health
- Probate/Wills/Intestate Administration
  - [ ] Dependent Administration
  - [ ] Independent Administration
  - [ ] Other Estate Proceedings
- [ ] Guardianship—Adult
- [ ] Guardianship—Minor
- [ ] Mental Health
- [ ] Other: _____

## 3. Indicate procedure or remedy, if applicable (may select more than 1):
- [ ] Appeal from Municipal or Justice Court
- [ ] Arbitration-related
- [ ] Attachment
- [ ] Bill of Review
- [ ] Certiorari
- [ ] Class Action
- [ ] Declaratory Judgment
- [ ] Garnishment
- [ ] Interpleader
- [ ] License
- [ ] Mandamus
- [ ] Post-judgment
- [ ] Prejudgment Remedy
- [ ] Protective Order
- [ ] Receiver
- [ ] Sequestration
- [ ] Temporary Restraining Order/Injunction
- [ ] Turnover

## 4. Indicate damages sought (do not select if it is a family law case):
- [ ] Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
- [ ] Less than $100,000 and non-monetary relief
- [ ] Over $100,000 but not more than $200,000
- [ ] Over $200,000 but not more than $1,000,000
- [ ] Over $1,000,000

Rev 2/13

Name: Kristeen Adams
Address: 9791 Union Grove Rd Gladewater, Tx. 75647
Telephone: 903-371-7372

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
## _____ DIVISION

| | |
|---|---|
| Kristeen Brooke Adams<br>(Full Name)<br>**PLAINTIFF**<br><br>vs.<br><br>Franklin County Sheriff's Dept<br>Franklin County Attorney<br>Franklin County Judge<br><br>**DEFENDANTS** | **CIVIL RIGHTS COMPLAINT**<br>(42 U.S.C §1983, §1985)<br><br><br>CIVIL NO. 5:24 cv 75<br><br><br>Amended |

## A. JURISDICTION

1. Jurisdiction is proper in this court according to:

    a. [X] 42 U.S.C. §1983
    b. [ ] 42 U.S.C. §1985
    c. [X] Other (Please Specify) Offical Oppression, Color of Law

2. NAME OF PLAINTIFF Kristeen Adams
   IS A CITIZEN OF THE STATE OF Texas

   PRESENT MAILING ADDRESS: 9791 Union Grove Rd
   Gladewater, Tx. 75647

3. NAME OF FIRST DEFENDANT __Ricky Jones__
   IS A CITIZEN OF __Mount Vernon Texas__
   (City and State)

   IS EMPLOYED AS __Sheriff__ at __FCSO__.
   (Position and Title if Any)   (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES [X]  NO [ ]   If your answer is "YES" briefly explain.

   Violated 4th, 8th + 14th Amendment causing loss of GPA @ College, loss of job opportunity at Longview Police Department, loss of employment causing official oppression.

4. NAME OF SECOND DEFENDANT __Scott Lee__
   (If applicable)

   IS A CITIZEN OF __Mt. Vernon Texas__
   (City and State)

   IS EMPLOYED AS __County Judge__ at __Franklin County Courthouse__
   (Position and Title if Any)   (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES [X]  NO [ ]   If your answer is "YES" briefly explain.

   Same as above listed in #3, knowingly falsifying court documents & knowingly causing financial hardship and oppression.

5. NAME OF THIRD DEFENDANT __Landon Ramsey__
   (If applicable)

   IS A CITIZEN OF __Mount Vernon, Texas__
   (City and State)
   IS EMPLOYED AS __County Attorney__ at __Franklin County__
   (Position and Title if Any)   (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES [✓] NO [ ]   If your answer is "YES" briefly explain.

Same as #3 & #4

6. NAME OF FOURTH DEFENDANT _____
   (If applicable)

   IS A CITIZEN OF _____
                    (city and State)

   IS EMPLOYED AS _____ at _____.
                    (Position and Title if Any)   (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES [ ] NO [ ]   If your answer is "YES" briefly explain.

   _____
   _____
   _____

(Use additional sheets of paper if necessary.)

## B. NATURE OF CASE

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem.

   Brought charges that were dismissed in 2022 and issuing warrant for arrest and falsifying documents to have Plaintiff arrested. Charges were dismissed in District Court in 2022. Cause of Warrant changed 3 times before issued and was not issued until February - May 2024. Arrest paper work charges do not reflect the same charges from one agency to another & paperwork filed

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

   a. (1) Count I: False Arrest

   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)
   4th amendment right ; Section 242 of Title 18 Sec. 241
   5th Amendment Right ; 18 U.S. Code Chapter 13 249
   6th Amendment Right   Carey v's Piphus
   8th Amendment Right
   9th Amendment Right
   12th Amendment   & 13th Amendment

   b. (1) Count II: Color of Law

   (2) Supporting Facts: Deffendants in officeal Compasity

   c. (1) Count III: denied to notify of any court proceedings or charges. & excessive bond amounts allowed by law

(2) Supporting Facts: F.C.S.D. incarcerated me with Convicted TDCJ inmates (3) awaiting transport and I was the only inmate with no conviction in tank at jail.

### D. INJURY

1. How have you been injured by the actions of the defendant(s)?

Loss of employment, transportation, phone service, independency, depression, fear of law enforcment, causing untrust within the Judicial system. causing Mental disorder: Anxiety, Post traumatic Stress disorder, paranoia, eating disorders, fear of going out into public, fear of being killed, taken security of home, abillity to enjoy life.

### E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES ☐ / NO ☒. If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

   a. Parties to previous lawsuit:

      Plaintiff(s): _____

      Defendant(s): _____

   b. Name of court and case or docket number: _____

c. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

d. Issues raised: _____

e. When did you file the lawsuit? _____
   Date    Month    Year

f. When was it (will it be) decided? _____

2. Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES [ ] / NO [ ]. If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

_____

## F. REQUEST FOR RELIEF

1. I believe that I am entitled to the following relief:

Max allowed as I am in Counceling and unabel to provide for myself at this time untill I am abel to ~~_____~~ overcome many issues brought on by their actions

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at __Tyler__ on __Aug 29__ 20__24__
(Location)            (Date)

_____
Signature