# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| KRISTEEN BROOKE ADAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:24-CV-75-RWS-JBB |
| | § | |
| FRANKLIN COUNTY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the Court's Order adopting the September 26, 2025 Report and Recommendation of the United States Magistrate Judge, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that any pending motions in the above-captioned case are **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close the case.

**So ORDERED and SIGNED this 7th day of November, 2025.**

*[Signature: Robert W. Schroeder III]*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE